UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUSTIN CLARY,

    Plaintiff(s),

-v-                                                    Case No. 6:13-cv-90-ORL-31-KRS

BREVARD COUNTY SHERIFF
WAYNE IVEY and ARMOR CORRECTIONAL
HEALTH SERVICES, INC.

    Defendants.
_____/

## AMENDED MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on May 28, 2014, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:
- ✓ All individual parties and their respective trial counsel.
- ✓ Designated corporate representatives.
- ✓ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: None

(c) The outcome of the mediation conference was:
- ✓ <u>The case has completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within (10) days of the mediation conference.

Done this 3rd day of June, 2014 in Melbourne, Brevard County, Florida.

_____
Edward J. Kinberg
1290 W. Eau Gallie Blvd.
Melbourne, FL 32935
(321) 259-1910